Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

Stanley Eisenberg, Respondent, v. Israel Cohen, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of Caristo Construction Corp., Respondent, v. Max J. Rubin, as President of the Board of Education of the City of New York, et al., Appellants. In the Matter of Caristo Construction Corp., Respondent, v. Max J. Rubin, as President of the Board of Education of the City of New York, et al., Appellants. In the Matter of Mars Associates, Inc., et al., Respondents, v. Francis W. H. Adams et al., Constituting the Board of Education of the City of New York, Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of River Drive Construction Corp. et al., Respondents, v. Board of Standards and Appeals of the City of New York, Appellant, and Dara Equities, Incorporated, Intervenor-Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of Henry Santomauro, Respondent, v. Pollio Products Corporation et al., Appellants.—